**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Ed W. Bankston
Attorney at Law
P. O. Box 53485
Lafayette LA 70505

**REHEARING ACTION: May 29, 2013**

**Docket Number: 12   01051-CA**

**DIONE W. DAVID**
**VERSUS**
**RICHARD G. DAVID**

**Appealed from Iberia Parish Case No. 113919**

**BEFORE JUDGES:**

      **Hon. Ulysses Gene Thibodeaux**
      **Hon. Billy Howard Ezell**
      **Hon. James T. Genovese**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Richard G. David** has this day been

      **DENIED.**

cc: Annik L. Morgan, Counsel for the Appellee
    L. E. "Tony" Morrow, Jr., Counsel for the Appellee